UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HANNAH COOPER, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | 1:23-cv-01480-JMS-MJD |
| *vs.* | ) | |
| | ) | |
| KILOLO KIJAKAZI, *Acting Commissioner of* | ) | |
| *the Social Security Administration*, | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

The Court's review of the docket in this case indicates that Plaintiff Hannah Cooper has neither paid the $402 filing fee nor filed a Motion to Proceed *In Forma Pauperis*. Ms. Cooper shall have **through September 8, 2023** in which to either: (1) pay the $402 filing fee for this action; or (2) demonstrate that she lacks the financial ability to do so by filing a Motion to Proceed *In Forma Pauperis*, indicating that she is unable to prepay the fee and stating her belief that she is entitled to redress. 28 U.S.C. § 1915(a). Should Ms. Cooper file a Motion to Proceed *In Forma Pauperis*, she must use the form attached as an exhibit to this Order.

A failure to either pay the $402 filing fee by **September 8, 2023** or to file a Motion to Proceed *In Forma Pauperis* by that date may result in the dismissal of this action.

Date: 8/23/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**